UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARTIN DOE, as litigation guardian for his minor child AF DOE, and, MARTIN DOE and KATHRYN DOE, husband and wife and the marital community comprised thereof, as the natural parents of AF DOE, a minor child,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CRAIG FIGLEY, a single man,<br><br>　　　　　　　　Defendant. | No.  CV-11-0033-EFS<br><br>**ORDER REMANDING CASE TO SPOKANE COUNTY SUPERIOR COURT AND CLOSING FILE** |

　　On February 19, 2013, Plaintiffs filed an Amended Complaint, ECF No. 220, terminating their claims against Defendant Colville School District No. 115 and asserting intentional tort claims, which arise solely from state law, against Defendant Craig Figley.  Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over the remainder of Plaintiffs' claims.  Finding no continuing basis for subject-matter jurisdiction under 28 U.S.C. §§ 1331 or 1332, the Court hereby remands this matter to the Spokane County Superior Court for all further proceedings.

//

//

ORDER REMANDING CASE TO SPOKANE COUNTY
SUPERIOR COURT AND CLOSING FILE - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Amended Complaint, ECF No. 220, is accepted as filed. The Clerk's Office is therefore directed to **TERMINATE** Colville School District No. 115 as a Defendant in this action.

2. This matter is hereby **REMANDED** to the Spokane County Superior Court for all further proceedings, under Cause No. 10-2-04788-8.

3. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and to the Spokane County Superior Court.

**DATED** this 19th day of February 2013.

>                s/Edward F. Shea
>                EDWARD F. SHEA
>        Senior United States District Judge